UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00325

**Dexter Fields-Kay,**
*Plaintiff,*

v.

**Smith County Sheriff's Office, et al.,**
*Defendants.*

## ORDER

Plaintiff Dexter Fields-Kay, a former inmate at Smith County Jail proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983, alleging that he was denied access to the Smith County law library and to court. This case was referred to Magistrate Judge K. Nicole Mitchell. Doc. 3.

On July 13, 2020, Judge Mitchell entered a report and recommendation that this lawsuit be dismissed without prejudice as moot. Doc. 20. The following day, a copy of the magistrate judge's report was sent to plaintiff's last-known address. Plaintiff has not filed any objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Here, there is no clear error. Accordingly, the court **adopts** the magistrate judge's report and recommendation. The above-styled civil action is **dismissed without prejudice** as moot. Any motions that may be pending in this civil action are hereby **denied.**

*So ordered by the court on September 3, 2020.*

J. CAMPBELL BARKER
United States District Judge